# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 18, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161628(71)
161650

MECOSTA COUNTY MEDICAL CENTER,
d/b/a SPECTRUM HEALTH BIG RAPIDS,
SPECTRUM HEALTH HOSPITALS,
SPECTRUM HEALTH PRIMARY CARE
PARTNERS, d/b/a SPECTRUM HEALTH
MEDICAL GROUP, MARY FREE BED
REHABILITATION HOSPITAL, and
MARY FREE BED MEDICAL GROUP,
   Plaintiffs-Appellees,

v

MELROPOLITAN GROUP PROPERTY AND
CASUALTY INSURANCE COMPANY,
   Defendant-Appellant,
and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
   Defendant-Appellee.
_____/

SC: 161628
COA: 345868
Kent CC: 17-007407-NF

MECOSTA COUNTY MEDICAL CENTER,
d/b/a SPECTRUM HEALTH BIG RAPIDS,
SPECTRUM HEALTH HOSPITALS,
SPECTRUM HEALTH PRIMARY CARE
PARTNERS, d/b/a SPECTRUM HEALTH
MEDICAL GROUP, MARY FREE BED
REHABILITATION HOSPITAL, and
MARY FREE BED MEDICAL GROUP,
   Plaintiffs-Appellees,

v

SC: 161650
COA: 345868
Kent CC:  17-007407-NF

METROPOLITAN GROUP PROPERTY AND
CASUALTY INSURANCE COMPANY,
and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
         Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of the Michigan Defense Trial Counsel to file a brief amicus curiae is GRANTED. The amicus brief submitted on August 13, 2021, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 18, 2021              

                                  Clerk